**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:<br>PHILIP DUANE JONES | : | Case No:   05-64697 |
| | : | Chapter 13 |
| | : | Judge:   CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  March 24, 2011                     /s/ Frank M. Pees
                                                             _____
                                                             Frank M. Pees
                                                             Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| American Collection Systems<br>811 Green Crest Drive, Suite 100<br>Westerville, OH  43081 | 4.56 |